UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
PHILIP D. COOK,                    )
                                   )
        Petitioner,                )
                                   )
    v.                             )    Civil Action No. 06-2108 (EGS)
                                   )
FEDERAL BUREAU OF PRISONS          )
                                   )
        Respondent.                )
_____)

## ORDER

Petitioner Philip D. Cook is an inmate at Rivers Correctional Institution in Winton, North Carolina. He has filed a habeas corpus petition challenging the failure of the Bureau of Prisons to give him credit for "street time" he spent on parole pursuant to the D.C. Good Time Credits Act of 1987 and to award him the correct amount of Statutory Good Time.

District courts may grant habeas relief only "within their respective jurisdictions." 28 U.S.C. § 2241(a). A district court may issue a writ only if it has jurisdiction over the custodian of the prisoner. *See Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004). The custodian is the warden of the prison where the prisoner is incarcerated, not the Federal Bureau of Prisons. *See Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Because this Court does not have jurisdiction over the warden of the Rivers Correctional Institution, it cannot grant any habeas relief.

In *Chatman-Bey v. Thorburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988), the D.C. Circuit held that the district court may *sua sponte* transfer such cases to the appropriate jurisdiction after the habeas petitioner has been afforded notice and an opportunity to respond. Accordingly, it is hereby

**ORDERED** that petitioner shall show cause by **JANUARY 19, 2007** why this case should not be transferred to the United States District Court for the Eastern District of North Carolina; and it is

**FURTHER ORDERED** that petitioner's failure to respond to this Order will result in transfer of the case.


**Signed:    Emmet G. Sullivan
            United States District Judge
            December 29, 2006**


Notice to:

Philip D. Cook
10449-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986