**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PHILIP D. COOK, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-2108 (EGS) |
| FEDERAL BUREAU OF PRISONS | ) |
| Respondent. | ) |

**ORDER**

On December 29, 2006, petitioner Philip Cook was ordered to show cause by January 19, 2007 why the above-captioned case should not be transferred and was advised that the failure to respond would result in transfer of the case.

Plaintiff has failed to respond to the Order to Show Cause as of the date indicated below.  Accordingly, it is hereby

**ORDERED** that this case is transferred to the Eastern District of North Carolina.

**Signed:**   **Emmet G. Sullivan**
**United States District Judge**
**February 1, 2007**