UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP D. COOK,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

    Respondent.

Civil Action No. 06-2108 (EGS)

Leave to file is GRANTED.

Judge, U.S. District Court

DATE: 2/16/07

### MOTION FOR RELIEF FROM COURT ORDER DATED FEBRUARY 1, 2007, PURSUANT TO RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now the petitioner, Philip D. Cook, pro se and moves this honorable court to "Relief him from this Court's Order dated February 1, 2007" transferring this case to the United States District Court for the Eastern District of North Carolina, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and grounds states the following.

1. Petitioner asserts that this court stated in its February 1, 2007 that petitioner failed to respond to a "Show Cause Order" issued requiring petitioner to "Show Cause" by January 19, 2007, why this case should not be transferred to the Eastern District of North Carolina.

2. Petitioner asserts that he never received any "Show Cause" "Order" from this court directing him to "Show Cause" by January

19, 2007 why this case should not be transferred.

Petitioner asserts that because he never received a copy of this court's "Show Cause Order," of December 29, 2006, that he now be allowed to "Show Cause" to this court why this case should not be transferred.

### ARGUMENT

Petitioner asserts that the proper "Venue" in this case lies in the District of Columbia pursuant to 28 U.S.C. § 1391(e) which states the following:

> "§ 1391(e). Venue generally. A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

Petitioner asserts that the Federal Bureau of Prisons is located at 320 First Street, NW, Washington, D.C. 20534; furthermore, petitioner asserts that Rivers Correctional Institution is not responsible for the computation of D.C. or federal prisoners sentences, this is the sole responsibility of the Federal Bureau of Prisons, and petitioner's main issue is that the Federal Bureau of Prisons incorrectly computed his sentence.

Finally, petitioner asserts that on March 2, 2007, petitioner will be released from the Rivers Correctional Institution and his mailing address will be 501 60th Street, N.E., Apt. #204,

Washington, D.C. 20019, and therefore it would be futile for this court to transfer this case to the Eastern District of North Carolina since petitioner will no longer be residing at the Rivers Correctional Institution in Winton, North Carolina, and would have to file a motion to the court in the Eastern District of North Carolina to have the case transferred back to the District of Columbia becasue both petitioner and respondent will be residing in the Washington Metropolitan Area.

                                    Respectfully Submitted,

                                    _____
                                    Philip D. Cook, Pro Se
                                    Reg. No. 10449-007
                                    Rivers Correctional Institution
                                    P.O. Box 630
                                    Winton, NC 27986

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the statements made herein are true and correct.

**Executed on this** __8__ **day of** __Feb._____2007.

                                    _____
                                    Philip D. Cook

-3-